Barbara A. CASEY

v.

Richard K. CASEY.

No. 81–360–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1981.

Kirshenbaum & Kirshenbaum, John E. McCann III, Van L. Hayhow, Providence, for plaintiff-respondent.

Donald R. Lembo, North Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari and petitioner's motion for stay and request for extension are denied.

Andrew A. BUCCI and Aram K. Berberian

v.

RHODE ISLAND BAR ASSOCIATION and Prepaid Legal Services Corporation of Rhode Island.

No. 79–360–A.

Supreme Court of Rhode Island.

Nov. 12, 1981.

Aram K. Berberian, pro se.

Letts, Quinn & Licht, Daniel J. Murray, Richard A. Licht, Providence, for defendants.

ORDER

This case was argued before us on November 3, 1981, pursuant to an order to show cause why the appeal should not be dismissed. After consideration of the record of the case and the oral arguments of the parties, we are of the opinion that no cause has been shown. The appeal of Aram K. Berberian is hereby dismissed.